**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Offen Petroleum LLC,<br><br>Plaintiff,<br><br>v.<br><br>L&J Express LLC, et al.,<br><br>Defendants. | No. CV-25-00061-TUC-JCH (EJM)<br><br>**ORDER** |

Before the Court is Magistrate Judge Eric J. Markovich's Report and Recommendation ("R&R") (Doc. 116) on Plaintiff Offen Petroleum LLC's Application for Writ of Attachment with Notice (Doc. 99). Defendant AJMR Distributors LLC objects to Plaintiff's Application. (Doc. 102.) Magistrate Judge Markovich recommends denying Plaintiff's Application. (Doc. 116.) Neither party objects to the R&R. (*See generally* Docket.)

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Court reviews for clear error any unobjected-to portions of the R&R. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Plaintiff seeks a writ of attachment under A.R.S. § 12-1521(2) against fuel located in Defendant AJMR Distributors LLC's storage yard. (Doc. 99 at 2.) In the alternative,

Plaintiff requests a writ of garnishment against Defendant's earnings from the sale of the fuel located in the storage yard. (Doc. 103 at 6.)

The R&R sets forth the applicable Arizona statutes and caselaw governing applications for writs of attachment and garnishment and finds that Plaintiff's application fails to comply with their requirements. (Doc. 116 at 10–13.) After independent review, the Court is satisfied that Magistrate Judge Markovich's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED ADOPTING** in full the R&R (Doc. 116) and **DENYING** Plaintiff's Application for Writ of Attachment With Notice (Doc. 99).

Dated this 12th day of November, 2025.

John C. Hinderaker
United States District Judge